|  |  |
|---|---|
| 1 | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Jesus Flores, | ) Case No. **CV 07-2907-JFW (PJWx)** |
|---|---|
| Plaintiff, | ) **ORDER DISMISSING CIVIL ACTION** |
| v. | ) |
| City of Los Angeles, et al., | ) |
| Defendants. | ) |

    THE COURT has been advised that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within **10 days**, to re-open the action if settlement is not consummated. During this 10 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 10/1/04)

In the event a motion or *ex parte* application to re-open is not filed within 10 days, the dismissal of this action will be with prejudice.

Dated: **January 29, 2008**

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　United States District Judge

(Rev. 10/1/04)                                   2